FILED

DEC 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  Samantha S. Spangler
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )      2:07-CR00558 FCD
                                )
                Plaintiff,      )      ORDER TO SEAL
        v.                      )      (UNDER SEAL)
                                )
JASMINE C. RICHMOND,            )
                                )
                Defendant.      )
_____)

    The Court hereby orders that the Indictment, the Motion of
Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and
this Order, in the above-referenced case, shall be sealed until the
arrest of the defendant in this case or until further order of the
Court.

DATED:  December 12, 2007

                              _____
                              EDMUND F. BRENNAN
                              United States Magistrate Judge

1