**FILED**

January 17, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:07CR00558-FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JASMIN C. RICHMOND, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JASMIN C. RICHMOND__ , Case No.

2:07CR00558-FCD   , Charge  18USC § 287 and 2  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

<u>__</u>   Release on Personal Recognizance

<u>__</u>   Bail Posted in the Sum of $_____

<u>__</u>   Unsecured Appearance Bond

<u>__</u>   Appearance Bond with 10% Deposit

<u>__</u>   Appearance Bond with Surety

<u>__</u>   Corporate Surety Bail Bond

✔   (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _January 17, 2008_ at _2:00 pm_ .

By   /s/ Gregory G. Hollows
_____

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court