McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JASMINE C. RICHMOND,<br><br>        Defendant. | CASE NO.  2:07-cr-558 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE:  April 7, 2008<br>TIME:  10:00 a.m.<br>COURT: Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 3, 2008, may be continued to April 7, 2008, at 10:00 a.m.  Counsel are in the process of plea negotiations, but need more time to complete them.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///
///
///
///
///

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: February 29, 2008      McGREGOR W. SCOTT
United States Attorney

by    /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

DATED: February 28, 2008

by    /s/ Samantha S. Spangler for
Scott N. Cameron
Counsel for Ms. Richmond

<u>Order</u>

Good cause appearing,

The status conference scheduled for March 3, 2008 is continued to April 7, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: March 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE