1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  2:07-cr-558 FCD
                                )
11            Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                )   STATUS CONFERENCE
12      v.                      )
                                )
13 JASMINE RICHMOND,            )   DATE:   April 28, 2008
                                )   TIME:   10:00 a.m.
14            Defendant.        )   COURT:  Hon. Frank C. Damrell, Jr.
   _____)

15

16                           Stipulation

17      The parties, through undersigned counsel, stipulate that the
18 status conference scheduled for April 7, 2008, may be continued to
19 April 28, 2008, at 10:00 a.m.  Defense counsel, who is presently in
20 trial and will be in trial on April 7, needs time to review the
21 government's proposed plea agreement and discuss it with his client.
22 The government provided the proposed plea agreement on March 28,
23 2008, having just received on March 27 information relevant to
24 restitution.  The parties also agree that time may be excluded from
25 the speedy trial calculation under the Speedy Trial Act for counsel
26 preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
27 Code T4.
28 ///

1

1   Defense counsel has authorized the prosecutor to sign this
2 stipulation on his behalf.
3 DATED:  April 2, 2008                    McGREGOR W. SCOTT
                                           United States Attorney
4

5
                                    by   /s/ Samantha S. Spangler
6                                        Samantha S. Spangler
                                         Assistant U.S. Attorney
7

8 DATED:  April 2, 2008

9                                   by   /s/ Samantha S. Spangler for
                                         Scott N. Cameron
10                                       Counsel for Ms. Richmond

11                                Order

12   The status conference scheduled for April 7, 2008 is continued
13 to April 28, 2008 at 10:00 a.m.

14   Time is excluded from the speedy trial calculation pursuant to
15 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
16 preparation through the date of the hearing.

17   IT IS SO ORDERED.
18 DATED:  April_3, 2008

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE