```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
Jasmine Richmond
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:07-cr-558 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| JASMINE C. RICHMOND, ) | DATE:  May 19, 2008 |
| Defendant. ) | TIME:  10:00 a.m. |
| _____) | COURT: Hon. Frank C. Damrell, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for April 28, 2008, may be continued to May 19, 2008, at 10:00 a.m.  Changes have recently been made to the proposed plea agreement and counsel for the defense needs additional time to speak with his client regarding the changes.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

///

///

1

1  The prosecutor has authorized the defense counsel to sign this
2  stipulation on her behalf.
3  DATED:  April 23, 2008                McGREGOR W. SCOTT
                                         United States Attorney
4
5
                                   by    /s/ Scott N. Cameron for
6                                        Samantha S. Spangler
                                         Assistant U.S. Attorney
7
8  DATED: April 23, 2008
                                   by    /s/ Scott N. Cameron
9                                        Scott Cameron
                                         Counsel for Ms. Richmond
10
11                               Order
12     Good cause appearing,
13     The status conference scheduled for April 28, 2008 is continued
14 to May 19, 2008 at 10:00 a.m.
15     Time is excluded from the speedy trial calculation pursuant to
16 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel
17 preparation.
18     IT IS SO ORDERED.
19 DATED: April 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE