```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
Jasmine Richmond
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JASMINE C. RICHMOND,<br><br>              Defendant.<br>_____ | CASE NO.  2:07-cr-558 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>DATE:   June 9, 2008<br>TIME:   10:00 a.m.<br>COURT:  Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for May 19, 2008, may be continued to June 9, 2008, at 10:00 a.m.  Further changes have been made to the plea agreement and the parties are reviewing the accounting materials related to restitution.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

///

///

///

The prosecutor has authorized the defense counsel to sign this stipulation on her behalf.

DATED: May 15, 2008                     McGREGOR W. SCOTT
                                        United States Attorney


                                  by    /s/ Scott N. Cameron for
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney


DATED: May 15, 2008
                                  by    /s/ Scott N. Cameron
                                        Scott Cameron
                                        Counsel for Ms. Richmond

<u>Order</u>

Good cause appearing,

The status conference scheduled for May 19, 2008 is continued to June 9, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 16, 2008
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE