UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Jasmine Richmond                    Docket No. 2:07-CR-558-FCD

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Jasmine Richmond, who was placed on bond by the Honorable Gregory G. Hollows, sitting in the Court at Sacramento, California, on the 17th day of January 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:287 and 2 - False Claims and Aiding and Abetting (2 Counts); Her next court date is set for status before the Honorable Frank C. Damrell Jr., on June 9, 2008.

**BOND CONDITIONS:** On January 17, 2008, the defendant was released on a $25,000 Unsecured Appearance Bond, with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated her conditions of release in that she has failed to report to Pretrial Services for the past three weeks, and she has failed to follow the directives of her Pretrial Services officer, in that she has failed to return several phone messages requesting a call back. Her whereabouts are currently unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Rebecca A. Fidelman
Rebecca A. Fidelman
Pretrial Services Officer
DATE: June 6, 2008

## ORDER

[X]  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_ .

___  The Court hereby orders this ex parte motion and order be sealed.

___  The Court orders a summons be issued with an appearance date of _____.

___  The Court hereby orders this matter placed on this court's calendar on, at and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

___  The Court orders no action be taken.

Considered and ordered this _6th_ day of _June_, 2008, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;