SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
Jasmine Richmond

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-558 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| JASMINE C. RICHMOND, | ) | DATE: July 19, 2010 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | COURT: Hon. Frank C. Damrell, Jr. |

## STIPULATION

The parties, through undersigned counsel, stipulate that the status conference scheduled for July 19, 2010, may be continued to August 16, 2010, at 10:00 a.m. The defendant was recently re-arrested on a warrant related to this case. As a result, the parties are negotiating new changes to the draft plea agreement. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

///

///

///

///

1

The prosecutor has authorized the defense counsel to sign this stipulation on her behalf.

DATED: July 12, 2010                         BENJAMIN WAGNER
                                             United States Attorney


                                     by      /s/Scott N. Cameron, for
                                             Samantha Spangler
                                             Assistant U.S. Attorney


DATED: July 12, 2010
                                     by      /s/ Scott N. Cameron
                                             Scott N. Cameron
                                             Counsel for Jasmine Richmond

**ORDER**

Good cause appearing,

The status conference scheduled for July 19, 2010, is continued to August 16, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.


DATED: July 12, 2010                 _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

2