1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO.  2:07-cr-558 FCD
                                )
11               Plaintiff,     )   STIPULATION AND ORDER CONTINUING
                                )   STATUS CONFERENCE
12      v.                      )
                                )
13 JASMINE RICHMOND,            )   DATE:   August 30, 2010
                                )   TIME:   10:00 a.m.
14               Defendant.     )   COURT:  Hon. Frank C. Damrell, Jr.
   _____)

15

16                          **<u>STIPULATION</u>**

17      The parties, through undersigned counsel, stipulate that the
18 status conference scheduled for August 23, 2010, may be continued to
19 August 30, 2010, at 10:00 a.m.  Defense counsel needs additional
20 time to review the government's proposed plea agreement with his
21 client.  The prosecutor has been laid up with a severe back injury
22 and has only just yesterday received supervisory approval for
23 changes defense counsel sought to the agreement.  The parties also
24 agree that time may be excluded from the speedy trial calculation
25 under the Speedy Trial Act for counsel preparation, pursuant to 18
26 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
27      Defense counsel has authorized the prosecutor to sign this
28 stipulation on his behalf.

                                 1

```
1  DATED:  August 20, 2010              BENJAMIN B. WAGNER
2                                       United States Attorney
3
4                               by      /s/ Samantha S. Spangler
                                        Samantha S. Spangler
5                                       Assistant U.S. Attorney

6  DATED:  August 20, 2010

7                               by      /s/ Samantha S. Spangler for
                                        Scott N. Cameron
8                                       Counsel for Ms. Richmond
```

## ORDER

Good cause appearing,

The status conference scheduled for August 23, 2010 is continued to August 30, 2010 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing, in the interests of justice.

IT IS SO ORDERED.

DATED: August 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE