1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   JASMINE RICHMOND

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   CASE NO. 2:07-CR-00558 FCD
                                   )
11                Plaintiff,       )   STIPULATION AND ORDER CONTINUING
                                   )   SENTENCING HEARING
12       v.                        )
                                   )
13  JASMINE RICHMOND,              )   DATE:   November 15, 2010
                                   )   TIME:   10:00 a.m.
14                Defendant.       )   COURT:  Hon. Frank C. Damrell, Jr.
    _____)

15

16                            **STIPULATION**

17       The parties, through undersigned counsel, stipulate that the

18  judgement and sentencing hearing scheduled for November 15, 2010, may

19  be continued to November 29, 2010, at 10:00 a.m.

20       Defense counsel is currently engaged in jury trial in another

21  case in the Eastern District and the trial is not expected to end

22  before November 22, 2010.

23       The prosecutor has authorized defense counsel to sign this

24  stipulation on her behalf.

25  / /

26  / /

27  / /

28

                                  1

1  DATED: November 10, 2010          BENJAMIN WAGNER
                                     United States Attorney
2

3
                              by    /s/ Scott Cameron, for
4                                    Samantha Spangler
                                     Assistant U.S. Attorney
5

6  DATED: November 10, 2010

7                              by    /s/ Scott N. Cameron
                                     Scott N. Cameron
8                                    Counsel for JASMINE RICHMOND

9
                              **ORDER**
10
        Good cause appearing,
11
        The sentencing hearing scheduled for November 15, 2010, is
12
   continued to November 29, 2010, at 10:00 a.m.
13

14
        **IT IS SO ORDERED.**
15

16
   DATED: November 12, 2010         _____
17                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                     2