IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-07-0558 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| JASMINE C. RICHMOND, | |
| Defendant. / | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JASMINE C. RICHMOND, Case No. CR. S-07-0558 FCD, Charge 18 U.S.C. § 287 - Filing a False Claim, from custody subject to the conditions as stated in open Court on November 29, 2010:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of $ [ ]

    ____   Unsecured Appearance Bond

    ____   Appearance Bond with 10% Deposit

1     ___    Appearance Bond with Surety

2     ___    Corporate Surety Bail Bond

3     _X_    (Other) [Defendant sentenced to TIME SERVED - Judgment and

4     Commitment to be issued].

5 Issued at Sacramento, CA on November 29, 2010 at 11:50 a.m.

7 Dated:   November 29, 2010

9     FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

26 RICHMOND, JASMINE release order.wpd    2